1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JAOQUIN CIRIA,

11             Plaintiff,                  No. CIV S-10-1351 DAD P

12        vs.

13   BLACKWELL, et al.,

14             Defendants.                 ORDER

15   _____/

16             Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

18   U.S.C. § 1915.  However, the certificate portion of the request which must be completed by

19   plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has not filed a

20   certified copy of his prison trust account statement for the six month period immediately

21   preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the

22   opportunity to submit a completed in forma pauperis application and a certified copy in support

23   of his application.

24   /////

25   /////

26   /////

1      In accordance with the above, IT IS HEREBY ORDERED that:

2      1.  Plaintiff shall submit, within thirty days from the date of this order, a

3 completed affidavit in support of his request to proceed in forma pauperis on the form provided

4 by the Clerk of Court;

5      2.  The Clerk of the Court is directed to send plaintiff a new Application to

6 Proceed In Forma Pauperis By a Prisoner; and

7      3.  Plaintiff shall submit, within thirty days from the date of this order, a certified

8 copy of his prison trust account statement for the six month period immediately preceding the

9 filing of the complaint.  Plaintiff's failure to comply with this order will result in a

10 recommendation that this action be dismissed without prejudice.

11 DATED: June 8, 2010.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:md:sj
ciri1351.3c+.new

2