1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10    JOAQUIN CIRIA,

11              Plaintiff,              No. 2:10-cv-1351 KJM DAD P

12         vs.

13    BLACKWELL,

14              Defendant.              ORDER

15    _____/

16         Plaintiff has filed a motion requesting a ninety-day extension of time to complete

17    discovery in this action.  Defense counsel has filed a response to the motion informing the court

18    that defendant Blackwell does not oppose a thirty-day extension of time for plaintiff to serve any

19    discovery requests.  Good cause appearing, the court will grant plaintiff's request for an

20    extension of time in part and grant him thirty days to complete discovery.

21         Also pending before the court is plaintiff's motion for appointment of counsel.

22    The United States Supreme Court has ruled that district courts lack authority to require counsel

23    to represent indigent prisoners in § 1983 cases.  Mallard v. United States Dist. Court, 490 U.S.

24    296, 298 (1989).  In certain exceptional circumstances, the district court may request the

25    voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d

26    1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).

1    The test for exceptional circumstances requires the court to evaluate the plaintiff's

2  likelihood of success on the merits and the ability of the plaintiff to articulate his claims pro se in

3  light of the complexity of the legal issues involved.  See Wilborn v. Escalderon, 789 F.2d 1328,

4  1331 (9th Cir. 1986); Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).  Circumstances

5  common to most prisoners, such as lack of legal education and limited law library access, do not

6  establish exceptional circumstances that would warrant a request for voluntary assistance of

7  counsel.  In the present case, the court does not find the required exceptional circumstances.

8    Accordingly, IT IS HEREBY ORDERED that:

9    1.  Plaintiff's motion for an extension of time to conduct discovery (Doc. No. 30)

10  is granted in part;

11    2.  Within thirty days of the date of service of this order, plaintiff shall complete

12  discovery and serve any discovery requests on defendant Blackwell.  Except as otherwise stated

13  in this order the court's discovery and scheduling order remains in effect; and

14    3.  Plaintiff's motion for appointment of counsel (Doc. No. 33) is denied.

15  DATED: July 9, 2013.

17  _____

18  DALE A. DROZD
    UNITED STATES MAGISTRATE JUDGE

20  DAD:9:md
    ciri1351.36disc