UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUIN CIRIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BLACKWELL,<br><br>　　　　　Defendant. | No.  2:10-cv-1351 TLN DAD P<br><br><br>ORDER |

  Plaintiff has requested a second extension of time to complete discovery in this action. Defense counsel has not opposed the motion or otherwise responded to it.  In the interest of justice and good cause appearing, the court will grant plaintiff's request.  However, no further extensions of time will be granted for this purpose.

  Plaintiff has also filed a document entitled "request for production of documents." Plaintiff is informed that neither discovery requests served on an opposing party nor that party's responses should be filed with the court unless, and until, they are at issue.  As such, plaintiff's request for production of documents will be placed in the court file and disregarded.

  Finally, plaintiff has filed a second request for an extension of time to file an opposition to defendant's June 13, 2013, motion for summary judgment.  Good cause appearing, the court will grant plaintiff's request.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time to conduct discovery (Doc. No. 39) is granted. Plaintiff shall complete any remaining discovery in this action within fourteen (14) days of the date of service of this order;

2. Plaintiff's request for production of documents (Doc. No. 40) shall be placed in the court file and disregarded. Plaintiff is cautioned that further filing of discovery requests or responses, except as required by rule of court, may result in an order of sanctions, including, but not limited to, a recommendation that this action be dismissed; and

3. Plaintiff's motion for an extension of time to file an opposition to defendant's motion for summary judgment (Doc. No. 41) is granted. Plaintiff shall file and serve an opposition to defendant's motion for summary judgment within forty-five (45) days of the date of service of this order. Any reply shall be filed and served in accordance with Local Rule 230(l).

Dated: September 16, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
ciri1351.36opp(2)